**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00314-CR**
_____

**EX PARTE GREGORY AGER**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 21-37766**

**MEMORANDUM OPINION**

Gregory Ager filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). The appellant and his attorney signed the motion. *See id*. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 22, 2022
Opinion Delivered March 23, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.

1